```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MIRIAM SNYDER,
                                Plaintiff,

        -against-                                              18 CIVIL 8238 (ALC)

                                                                  JUDGMENT
ROBERT G. ALLEN, MICHAEL SAVINO,
TEACHERS FEDERAL CREDIT UNION, and
CHRISTINE LOBASSO/SULLIVAN,

                                Defendants.
-----------------------------------------------------------X
```

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 13, 2020, Defendants' motions to dismiss are granted.

**Dated:** New York, New York
March 16, 2020

                                                    RUBY J. KRAJICK
                                                    _____
                                                    Clerk of Court
                                            BY:
                                                    _____
                                                    **Deputy Clerk**